UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) 09 CR 10381 WGY | |
|---|---|---|
| | ) Criminal No. | |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| KAREEM SMITH | ) | 18 U.S.C. § 922(g)(1) - |
| | ) | Felon in Possession of |
| | ) | a Firearm and Ammunition |
| | ) | |

COUNT ONE:    (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about June 5, 2009, at Boston, in the District of Massachusetts,

**KAREEM SMITH,**

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: one Bryco .380 caliber semiautomatic firearm bearing serial number 1542766 and containing four rounds of .380 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                December 3, 2009

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

at 1:36 PM.